IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50143
Conference Calendar
_____


BRENTON FORD,

                                        Plaintiff-Appellant,

versus

JAMES MOONINGHAM; MARCH HERRING;
KENNETH B. GREEN, JR., Warden,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-96-CV-426
- - - - - - - - - -
April 15, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

        The motion filed by Brenton Ford, Texas prisoner # 543728,

for permission to proceed in forma pauperis (IFP) is DENIED, and

his appeal is DISMISSED.

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.